IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN T. HUFF FAMILY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No.6:15-cv-03214-BP |
| THE MONARCH CEMENT COMPANY and CITY WIDE CONSTRUCTION PRODUCTS CO., | ) |
| Defendants. | ) |

## MOTION TO AMEND THE COMPLAINT

Plaintiff Steven T. Huff Family, LLC, moves to amend its complaint under Rule 15(2) of the Federal Rules of Civil Procedure. Plaintiff seeks to dismiss a claim and conform the complaint to the evidence adduced in discovery. Defendants consent to the filing of the Amended Complaint.

This Motion is supported by Suggestions in Support of the Motion to Amend the Complaint. Defendants The Monarch Cement Company and City Wide Construction Products Co. and plaintiff have conferred and defendants have consented to this Amendment.

WHEREFORE, the plaintiff respectfully requests that this Court grant leave to permit Plaintiff to file the First Amended Complaint, attached hereto as Exhibit 1; and for such other and further relief as the Court deems just.

Dated: June 22, 2016

    Respectfully submitted,

*/s/ Gabriel Berg*
Bryan O. Wade, #41939 (MO)
Ginger K. Gooch, #50302 (MO)
HUSCH BLACKWELL LLP
901 E. St. Louis Street, Suite 1800
Springfield, Missouri 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
Bryan.wade@huschblackwell.com
Ginger.gooch@huschblackwell.com

Gabriel Berg NY Fed. Bar #: 4148
*Pro Hac Vice*
KENNEDY BERG LLP
401 Broadway – Suite 1900
New York, NY 10013
Telephone: (212) 899-3400
gberg@kennedyberg.com

***Attorneys for Plaintiff Steven T. Huff Family, LLC***