IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN T. HUFF FAMILY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-03214-CV-S-BP |
| | ) |
| THE MONARCH CEMENT | ) |
| COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case comes before the Court on Plaintiff's Motion for Leave to Amend the Complaint, (Doc. 83). Plaintiff requests leave to amend the Complaint to conform to the evidence and to withdraw claims. Defendants have not opposed Plaintiff's Motion. Pursuant to the Scheduling Order, (Docs. 26, 44), motions to amend the pleadings were due by December 1, 2015. However, given the nature of the amendment and the agreement of the parties, the Court finds good cause exists to grant the Motion.

Accordingly, Plaintiff's Motion for Leave to Amend the Complaint, (Doc. 83), is **GRANTED**. Plaintiff shall file the First Amended Complaint, (Doc. 84-1), within five days of the date of this Order.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: July 12, 2016