IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN T. HUFF FAMILY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-3214-CV-S-BP |
| | ) | |
| THE MONARCH CEMENT | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

A telephone conference was held in this case on October 21, 2016 to discuss Defendants' request for depositions and Defendants' outstanding discovery requests.

After discussing the issues with the parties, the parties have agreed and the Court therefore orders that the following depositions take place on the following dates:

December 6, 2016 – Luke Pinkerton

December 8, 2016 – Steven Huff

December 9, 2016 – David Paris

January 3, 2017 – Jerry Spude

January 5, 2017 – John Lee

The parties are free to amend these dates by mutual agreement.

The parties agreed that the depositions of Alan Harter and Joe Huff will occur sometime in December. The parties also agreed that Mr. Harter, who lives in London, may have his deposition taken by video conference. Jason Steen, an associate of Mr. Lee, will be deposed in the same time frame as Mr. Lee. The parties shall mutually agree to the times and locations for these depositions.

Additionally, Plaintiff is ordered to comply with Defendants' outstanding discovery requests by Tuesday, November 15, 2016.

**IT IS SO ORDERED.**

DATE:  October 24, 2016

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT