# EXHIBIT 4


Polytorx, LLC
300 N. 5th Ave, Suite 130
Ann Arbor, MI 48104-1447

(734)322-2114
info@helixfiber.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/07/2009 | 1336 |
| TERMS | DUE DATE |
| In Advance | 10/07/2009 |

| BILL TO |
|---|
| Huff Construction, Inc.<br>2705 Gasperi<br>Kirksville, MO 63502 USA |

| SHIP TO |
|---|
| Springfield Redi-Mix<br>c/o Huff Construction, Inc.<br>2836 W. Division St.<br>Springfield, MO 65802<br>AND<br>City Wide Construction Products |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $71,084.20 | |

✂ Please detach top portion and return with your payment. ✂

| SHIP DATE | SHIP VIA |
|---|---|
| 10/09/2009 | CHR |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Helix 5 - 25 | 11340 | 1.66 | 18,824.40 |
| • Helix 5 - 25 | 30780 | 1.66 | 51,094.80 |

7 pallets= 11,340 lbs going to: Springfield Redi-Mix.
19 pallets= 30,780 lbs going to: City Wide Construction Products.

| | |
|---|---|
| SUBTOTAL | $69,919.20 |
| SHIPPING | $1,165.00 |
| TOTAL | $71,084.20 |

HUFF_0005431_0_ff6d87b6-96c8-48dd-b232-c84e0b86c182

*2nd Transmission*

# HELIX™ Polytorx, LLC
300 N. 5th Ave, Suite 130
Ann Arbor, MI 48104-1447

(734)322-2114
info@helixfiber.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 02/01/2010 | 1352 |
| TERMS | DUE DATE |
| In Advance | 02/01/2010 |

**BILL TO**
Huff Construction, Inc.
2705 Gasperi
Kirksville, MO 63502

**SHIP TO**
Huff Construction, Inc.
c/o City Wide Construction Products
1817 N. Farmers Branch Rd.
Ozark, MO 65721
417-881-0013

| AMOUNT DUE | ENCLOSED |
|---|---|
| $68,557.00 | |

*Please detach top portion and return with your payment.*

| SHIP DATE | SHIP VIA | TRACKING # |
|---|---|---|
| 02/11/2010 | CHR | 72522711 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Helix 5 - 25 | 42120 | 1.60 | 67,392.00 |

P.O.#: 201002-01

| | |
|---|---|
| SUBTOTAL | $67,392.00 |
| SHIPPING | $1,165.00 |
| TOTAL | $68,557.00 $0 |

*PAID VIA WIRE*

HUFF_0019553

*4/14* (handwritten)

**HELIX** Polytorx, LLC
300 N. 5th Ave, Suite 130
Ann Arbor, MI 48104-1447

(734)322-2114
info@helixsteel.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 1513 |
| TERMS | DUE DATE |
| Net 30 | 11/30/2011 |

**BILL TO**
Huff Construction, Inc.
2705 Gasperi
Kirksville, MO 63502 USA

**SHIP TO**
Huff Construction, Inc.
c/o City Wide Construction Products
1817 N. Farmers Branch Road
Ozark, MO 65721
Attn: Don Shuler - 417-881-0013

| AMOUNT DUE | ENCLOSED |
|---|---|
| $61,884.80 | |

Please detach top portion and return with your payment.

| SHIP DATE | SHIP VIA | TRACKING # |
|---|---|---|
| 10/31/2011 | CHR | Truckload |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Helix 5 - 25 -- 22 Pallets of 36 boxes, 45 lbs each | 35640 | 1.695 | 60,409.80 |

*(handwritten: 4th Truckload of Helix Shipped in 2 Shipments.)*

*(handwritten: Consumer Tax)*

PO: 201108-26
Previously shipped 4 pallets, this completes PO.
==***Helix price adjusted to cover additional shipping costs because Polytorx had to ship in multiple shipments. Price should be $1.72/lb.***==

| | |
|---|---|
| SUBTOTAL | $60,409.80 |
| SHIPPING | $1,475.00 |
| TOTAL | $61,884.80 |

*(handwritten: Consumer Tax Amount $60,409.80)*

HUFF_0019555

# HELIX™  Polytorx, LLC
300 N. 5th Ave, Suite 130
Ann Arbor, MI 48104-1447

(734)322-2114
info@helixsteel.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/07/2011 | 1498 |
| TERMS | DUE DATE |
| Net 30 | 11/06/2011 |

**BILL TO**
Huff Construction, Inc.
2705 Gasperi
Kirksville, MO 63502 USA

**SHIP TO**
Huff Construction, Inc.
c/o City Wide Construction Products
1817 N. Farmers Branch Drive
Ozark, MO 65721
Attn: Don Shuler - 417-881-0013

| AMOUNT DUE | ENCLOSED |
|---|---|
| $11,850.74 | |

✂ Please detach top portion and return with your payment. ✂

| SHIP DATE | SHIP VIA | TRACKING # |
|---|---|---|
| 10/07/2011 | CHR | CHRW5596535 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Helix 5 - 25 -- 26 pallets of 36 boxes, 45 lbs each | 6480 | 1.72 | 11,145.60 |

*Handwritten notes:*
42,120 lbs
Total Truckload Figures

4 pallets
Partial Shipment
36 Box @ 45 lbs
6480 lbs

Consumer Tax

PO: 201108-26
Shipped 4 pallets, B/O 22 Pallets.

| | |
|---|---|
| SUBTOTAL | $11,145.60 |
| SHIPPING | $705.14 |
| TOTAL | $11,850.74 |

*Handwritten:* Consumer Tax Amount — $11,145.60

HUFF_0019556

5+4


Polytorx, LLC
300 N. 5th Ave, Suite 130
Ann Arbor, MI 48104-1447

(734)322-2114
info@helixsteel.com

# Invoice

| Date | Invoice # |
|---|---|
| 05/08/2012 | 1586 |
| Terms | Due Date |
| Net 30 | 06/07/2012 |

**Bill To**
Huff Construction, Inc.
2705 Gasperi
Kirksville, MO 63502 USA

**Ship To**
City Wide Construction Products
c/o Huff Construction, Inc.
1817 N. Farmers Branch Road
Ozark, MO 65721
Don Shuler
417-881-0013

| Amount Due | Enclosed |
|---|---|
| $73,921.40 | $73,921.40 |

Please detach top portion and return with your payment.

| Ship Date | Ship Via | Tracking # |
|---|---|---|
| 05/08/2012 | CHR | Truckload |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Helix 5 - 25 -- 26 Pallets of 36 Boxes, 45 lbs each | 42120 | 1.72 | 72,446.40 |

PO: 201205-03
Expedited delivery requested, quantity increased to full 26 pallets. Enhance product to be drop shipped.

| | |
|---|---|
| SubTotal | $72,446.40 |
| Shipping | $1,475.00 |
| Total | $73,921.40 |

CONSUMER TAX Amount — $72,446.40

HUFF_0019557