IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN T. HUFF FAMILY, LLC )<br>PENSMORE, LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE MONARCH CEMENT COMPANY, )<br>ET AL., )<br>)<br>Defendants. )<br>) | Case no.: 6:15-CV-03214-BP |

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENT UNDER SEAL**

Defendants The Monarch Cement Company and City Wide Construction Products Co. ("Defendants") respectfully move this Court pursuant to the Court's CM/ECF Civil and Criminal Administrative Procedures Manual and Users Guide and this Court's Protective Order (ECF No. 40) for an order granting leave to file under seal Exhibit 1 to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment. In support of this Motion, Defendants state:

1. On January 20, 2016, this Court entered a Protective Order pursuant to which certain documents and information could be marked as "Confidential" to prevent the misuse or dissemination of such information.

2. Plaintiffs' counsel has indicated that Plaintiffs intend to cite to, as Exhibit 1, in their Opposition to Defendants' Motions for Summary Judgment a document that contains confidential financial information relating to Defendants, which was marked "CONFIDENTIAL" by Defendants pursuant to the Protective Order.

3. Plaintiffs' Opposition to Defendants' Motions for Summary Judgment is due Wednesday, March 15, 2017.

4. Pursuant to the Protective Order, Defendants hereby move for a sealing order relating to confidential document.

5. Counsel for Defendants has conferred with counsel for Plaintiffs, who do not oppose this request.

WHEREFORE, Defendants respectfully move the Court for an Order permitting Plaintiffs to file Exhibit 1 to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment under seal.

Dated: March 9, 2017

Respectfully Submitted,

*Angela G. Nichols*
Angela G. Nichols    MO Bar # 56870
Ashley E. Dillon      MO Bar # 65877
Colby B. Nelson     MO Bar # 66982
STINSON LEONARD STREET LLP
1201 Walnut, Suite 2800
Kansas City, Missouri 64106
Tel:   (816) 842-8600
Fax:  (816) 691-3495
angela.nichols@stinson.com
ashley.dillon@stinson.com
colby.nelson@stinson.com

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk and delivered by operation of the CM/ECF system to the counsel of record on March 9, 2017.

*Angela G. Nichols*
Attorney for Defendants