IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN T. HUFF FAMILY, LLC, and PENSMORE, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 6:15-cv-03214-BP ) |
| THE MONARCH CEMENT COMPANY, and CITY WIDE CONSTRUCTION PRODUCTS, CO., | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION ON CONSENT FOR LEAVE TO EXCEED PAGE LIMITATION FOR THEIR SUGGESTIONS IN OPPOSITION TO DEFENDANT CITY WIDE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Huff Family LLC, and Pensmore LLC, (collectively "plaintiffs") move, with defendant City Wide's consent and pursuant to Local Rule 7.0(f), for leave to exceed the fifteen-page limit for their suggestions in opposition to defendant City Wide's Motion for Summary pages. In support of their motion, plaintiffs state as follows:

1. The deadline for plaintiffs to file their opposition to defendant City Wide's Motion for Summary Judgment is March 15, 2017.

2. Plaintiffs have prepared concise Suggestions in Opposition to defendant City Wide's Motion for Summary Judgment and have attempted to comply with Local Rule 7.0(f). However, due to the issues that need to be addressed in reply to defendant's motion, plaintiffs are unable to adequately address the issues presented within the requisite 15 pages. Currently, the argument section of plaintiffs' Suggestions in Opposition to defendant City Wide's motion for summary judgment is at approximately 18 pages.

1

3. Plaintiffs require additional pages to adequately reply to and address defendant City Wide's arguments and issues raised in defendant's Motion for Summary Judgement. Plaintiffs respectfully request an additional 3 pages for its Argument in its Suggestions in Opposition to Defendant City Wide's Motion for Summary Judgment, excluding the Table of Contents, Table of Authorities, Statement of Material Facts in Dispute called for by Local Rule 56.1, signature block, and Certificate of Service.

4. Plaintiffs' counsel has conferred with counsel for defendant City Wide and counsel for defendant does not oppose this request.

WHEREFORE, Plaintiffs The Huff Family LLC and Pensmore LLC respectfully request that this Court grant them leave to exceed the page limitation imposed by Local Rules 7.0(f) by 3 pages for its Suggestions in Opposition to Defendant City Wide's Motion for Summary Judgment, and for any other relied as the Court deems just and proper.

Dated: March 14, 2017

Respectfully submitted,

*/s/ Gabriel Berg*
Bryan O. Wade, #41939 (MO)
Ginger K. Gooch, #50302 (MO)
HUSCH BLACKWELL LLP
901 E. St. Louis Street, Suite 1800
Springfield, Missouri 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
Bryan.wade@huschblackwell.com
Ginger.gooch@huschblackwell.com

Gabriel Berg NY Fed. Bar #: 4148
Lana Milojevic NY Bar # 5080866
*Pro Hac Vice*
KENNEDY BERG LLP
401 Broadway – Suite 1900
New York, NY 10013
Telephone: (212) 899-3400

gberg@kennedyberg.com

***Attorneys for Plaintiff Steven T. Huff Family, LLC and Pensmore, LLC***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of March, 2017 a true and correct copy of Plaintiffs' Motion on Consent For Leave to Exceed Page Limitation for their Suggestions in Opposition to Defendant City Wide's Motion for Summary Judgement was served via electronic mail, addressed to:

Angela G. Nichols
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
T: (816) 842-8600
F: (816) 691-3495
angela.nichols@stinsonleonard.com
***Attorney for Defendants***

Respectfully submitted,

*/s/ Gabriel Berg*
Bryan O. Wade, #41939 (MO)
Ginger K. Gooch, #50302 (MO)
HUSCH BLACKWELL LLP
901 E. St. Louis Street, Suite 1800
Springfield, Missouri 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
Bryan.wade@huschblackwell.com
Ginger.gooch@huschblackwell.com

Gabriel Berg NY Fed. Bar #: 4148
Lana Milojevic NY Bar # 5080866
*Pro Hac Vice*
KENNEDY BERG LLP
401 Broadway – Suite 1900
New York, NY 10013
Telephone: (212) 899-3400
gberg@kennedyberg.com

***Attorneys for Plaintiff Steven T. Huff Family, LLC and Pensmore, LLC***