# EXHIBIT 26

46519

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 12/19/11 |
|---|---|---|

NAME Don SHaler

ADDRESS 3126 E. Valley Water Mill Rd. Apt 4302.

CITY, STATE, ZIP Springfield, MO. 65803

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| | QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 36 | 45 LB Boxes Helix | | |
| 2 | | Reinforcement | 1620 LBS | |
| 3 | | | | |
| 4 | | Pick up By Steve Kay | X | 2.40 |
| 5 | | | | |
| 6 | | Kay Concrete. | 3,888.00 | |
| 7 | | | | |
| 8 | RE | David + Debra Roe | | |
| 9 | | New Home. Shell Knob | | |
| 10 | | | | |
| 11 | | Please make Check out. | | |
| 12 | | | | |
| 13 | | To: Don. SHaler | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

TC 6005

WITNESS Roe
EXHIBIT 8
DATE 5-4-14 RPTR CS
COOPER MOELLER