2009 Invoices



footer: D0000092

## CITY WIDE CONSTRUCTION PRODUCTS, INC.

1948 N.W. Bypass
SPRINGFIELD, MO 65803

**PLANT:** 417-881-0013
**BILLING:** 417-831-4616

SOLD TO: HUFF CONSTRUCTION INC
2705 GASPERI
KIRKSVILLE MO 63501

**PLEASE!!! INDICATE THE INVOICES & CUSTOMER CODE YOU ARE PAYING WHEN PAYMENT IS REMITTED.**

| CUSTOMER | PURCHASE ORDER NO | DELIVERY POINT | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|
| HUF25 | | OVERWATCH MANOR | NET 30 | 12/22/09 | 073011 |

| DATE | TICKET NO. | ITEM NUMBER | QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/22/09 | 207998 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207994 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207992 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207991 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207989 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207988 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207987 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207985 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207982 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207981 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207980 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207979 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207978 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |

INVOICE CONTINUED ON NEXT PAGE

Cash Discount of $ _____ is available if paid by _____ | SALES TOTAL | SALES TAX | INVOICE TOTAL

NOTE: The discount shown above is available only if account is current to prior month, otherwise no discount will be allowed on any invoice.
**NOTE: PLEASE SEE NOTICE TO OWNER ON REVERSE SIDE OF FORM!**

---

## CITY WIDE CONSTRUCTION PRODUCTS, INC.

1948 N.W. Bypass
SPRINGFIELD, MO 65803

**PLANT:** 417-881-0013
**BILLING:** 417-831-4616

**PAID 355**

SOLD TO: HUFF CONSTRUCTION INC
2705 GASPERI
KIRKSVILLE MO 63501

**PLEASE!!! INDICATE THE INVOICES & CUSTOMER CODE YOU ARE PAYING WHEN PAYMENT IS REMITTED.**

| CUSTOMER | PURCHASE ORDER NO | DELIVERY POINT | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|
| HUF25 | | OVERWATCH MANOR | NET 30 | 12/22/09 | 073011 |

| DATE | TICKET NO. | ITEM NUMBER | QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/22/09 | 207977 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207976 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207975 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207974 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | 207973 | R60 | 8.00 | R6 - 4,000 PSI | 71.20 | 569.60 |
| 12/22/09 | | 240 | 144.00 | HEAT | 2.00 | 288.00 |
| 12/22/09 | | 040 | 144.00 | SUPER PLASTICIZER | 4.00 | 576.00 |
| 12/22/09 | | DEL | 144.00 | DELIVERY CHARGE | 10.00 | 1,440.00 |

IT IS THE CLEAR INTENT BY BOTH PARTIES THAT MATERIAL TITLE PASSES AT CITY WIDE'S PLANT.

Cash Discount of $ 627.84 is available if paid by 1/10/10 | SALES TOTAL $12,556.80 | SALES TAX 664.23 | INVOICE TOTAL $13,221.03

NOTE: The discount shown above is available only if account is current to prior month, otherwise no discount will be allowed on any invoice.
**NOTE: PLEASE SEE NOTICE TO OWNER ON REVERSE SIDE OF FORM!**

D0000093