IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN T. HUFF FAMILY, LLC, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 6:15-CV-03214-BP |
| | ) | |
| v. | ) | |
| | ) | |
| THE MONARCH CEMENT COMPANY, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Steven T. Huff Family, LLC and

Pensmore, LLC ("Plaintiffs") and Defendants The Monarch Cement Company and City Wide

Construction Products ("Defendants") hereby stipulate that Plaintiffs' claims in this action are

dismissed with prejudice, with each party to bear its own costs and attorneys' fees.


Dated:  August 3, 2017


/s/ Gabriel Berg
Gabriel Berg NY Fed. Bar #: 4148
Lana Milojevic (NY #5080866) *Pro Hac Vice*
KENNEDY BERG LLP
401 Broadway – Suite 1900
New York, NY 10013
Telephone: (212) 899-3400
gberg@kennedyberg.com
lmilojevic@kennedyberg.com

1

Bryan O. Wade
Ginger K. Gooch
Husch Blackwell, LLP
901 St. Louis Street
Springfield, MO 65806
bryan.wade@huschblackwell.com
ginger.gooch@huschblackwell.com


*/s/ Angela G. Nichols*

Angela G. Nichols      MO Bar # 56870
George F. Verschelden  MO Bar # 55128
Ashley E. Dillon       MO Bar # 65877
Colby B. Nelson        MO Bar # 66982
STINSON LEONARD STREET LLP
1201 Walnut, Suite 2800
Kansas City, Missouri 64106
Tel:    (816) 842-8600
Fax:    (816) 691-3495
angela.nichols@stinson.com
george.verschelden@stinson.com
ashley.dillon@stinson.com
colby.nelson@stinson.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of August, 2017, a true and correct copy of the foregoing document was filed electronically via CM/ECF in the United States District Court for the Western District of Missouri, with notice of same being electronically served by the Court, addressed to:

Bryan O. Wade
Ginger K. Gooch
Husch Blackwell LLP
901 St. Louis Street
Suite 1800
Springfield, MO 65806
Tel: (417) 268-4000
Fax: (417) 268-4040
bryan.wade@huschblackwell.com
ginger.gooch@huschblackwell.com

Gabriel Berg
Lana Milojevic
Kennedy Berg LLP
401 Broadway – Suite 1900
New York, NY 10013
Tel: (212) 899-3400
gberg@kennedyberg.com
lmilojevic@kennedyberg.com

ATTORNEYS FOR PLAINTIFF

/s/ Angela G. Nichols
Attorney for Defendants

CORE/0053865.0033/134380990.1